THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* PABLO RIVERA, Petitioner-Appellant.

(No. 58327; )

First District (5th Division)—March 30, 1973.

PER CURIAM.

Kenneth L. Jones, of Defender Project, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.